**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| K. A. HINTON, | : |
|     Plaintiff, | : |
| vs. | :   **CIVIL ACTION 10-0311-CG-N** |
| BP AMERICA, INC., <u>et al</u>., | : |
|     Defendants. | : |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 9th day of August, 2010.

                                            /s/ Callie V. S. Granade
                                            UNITED STATES DISTRICT JUDGE